UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-CV-01259-WWB-EJK

WINDY LUCIUS,

    Plaintiff,

v.

JP RESTAURANTS, LLC
d/b/a The Ravenous Pig

    Defendant.
_____/

## NOTICE OF SETTLEMENT FOR ALL PARTIES

Plaintiff, Windy Lucius ("Plaintiff"), hereby files this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant, JP Restaurants, LLC d/b/a The Ravenous Pig ("Defendant") to resolve her claims.

2. The parties are in the process of finalizing a confidential settlement agreement, and Plaintiff will be filing a Stipulation of Dismissal with the Court shortly.

    Respectfully submitted,

    */s/ J. Courtney Cunningham*

> J. Courtney Cunningham, Esq.
> J. COURTNEY CUNNINGHAM, PLLC
> FBN: 628166
> 8950 SW 74th Court, Suite 2201
> Miami, FL 33156
> T:  305-351-2014
> cc@cunninghampllc.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 4, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

> */s/ J. Courtney Cunningham*
> J. Courtney Cunningham, Esq.

2